UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

BYRON JAMES SHEDD,            )
                             )
        Plaintiff,           )
                             )
    v.                       )        1:14-cv-00086-JAW
                             )
CAROLYN W. COLVIN,  Acting   )
Commissioner of Social Security, )
                             )
        Defendant.           )

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended

Decision filed December 30, 2014 (ECF No. 21), the Recommended Decision is

accepted.

Accordingly, it is hereby ORDERED that the Commissioner's decision

be and hereby is AFFIRMED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 26th day of January, 2015